Román D. Hernández, OSB #011730
Email: roman.hernandez@troutman.com
TROUTMAN PEPPER HAMILTON
SANDERS LLP
100 SW Main St.
Suite 1000
Portland, OR 97204
Tel: 503.290.2400/Fax: 503.290.2405
Attorneys for Defendant
Ziply Fiber Northwest, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| CARL FOSTER, FLOYD FOSTER, MADELYN JACKSON, MARY TORRES, and MARLA HEDMAN,<br><br>      Plaintiff,<br><br> v.<br><br>ZIPLY FIBER NORTHWEST, LLC, a Delaware limited liability company,<br><br>      Defendant. | Case No. 1:22-CV-1945<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(b)**<br><br>**(DIVERSITY JURISDICTION)** |

**TO:** THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

**AND TO:** PLAINTIFFS CARL FOSTER, FLOYD FOSTER, MADELYN JACKSON, MARY TORRES, and MARLA HEDMAN AND PLAINTIFFS' COUNSEL OF RECORD

**AND TO:** ANY OTHER INTERESTED PERSONS:

  **PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1332, 1441, and 1445, Defendant Ziply Fiber Northwest, LLC ("Ziply") hereby removes to the United States District Court for the District of Oregon (Medford Division) the state court action described below.

Page 1- **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(B)**
137122699

TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTORNEYS AT LAW
100 SW MAIN ST.
SUITE 1000
PORTLAND, OR 97204
TELEPHONE: 503.290.2400

This Court has original subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1332(a), because complete diversity of citizenship exists (i.e., Plaintiffs are citizens of different states than Ziply), and the amount in controversy exceeds $75,000.  In support of this Notice of Removal, Ziply states as follows:

1. On October 14, 2022, a civil action for breach of contract was commenced by Plaintiffs Carl Foster, Floyd Foster, Madelyn Jackson, Mary Torres, and Marla Hedman ("Plaintiffs") in the Circuit Court of Oregon, County of Curry, entitled *Carl Foster, Floyd Foster, Madelyn Jackson, Mary Torres, and Marla Hedman v. Ziply Fiber Northwest, LLC*, Case No. 22CV35396 (hereinafter, "State Court Action").

2. Defendant Ziply is the only named Defendant in the State Court Action.

3. Pursuant to 28. U.S.C. § 1446(a), true and correct copies of the Summons, Complaint ("Complaint"), and Affidavit of Service filed in the State Court Action are attached as **Exhibit A** to this Notice of Removal.  There are no other proceedings filed in the State Court Action.

4. Ziply served Plaintiffs with correspondence requesting the domiciles of Plaintiffs as that information was not contained within the Complaint.  Copies of this correspondence are attached as **Exhibit 1** to the Declaration of Román D. Hernández that is attached to this Notice of Removal as **Exhibit B**.  Plaintiffs responded by serving Ziply with correspondence ("Letter") on November 15, 2022, which represented that they reside in Oregon and Idaho.  A copy of this letter is included in **Exhibit 1** to the Declaration of Román D. Hernández.

5. To Ziply's knowledge, the above-referenced documents constitute all process, pleadings, and orders served on Ziply or filed in the State Court Action.  *See* 28 U.S.C. § 1446(a).

## TIMELINESS OF REMOVAL

6. Removal is timely because this Notice of Removal was filed and served within thirty days after Ziply's receipt of the first paper from which the grounds for removal (i.e., diversity of citizenship) could be ascertained.  28 U.S.C. § 1446(b)(3).

Page 2- **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(B)**
137122699

TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTORNEYS AT LAW
100 SW MAIN ST.
SUITE 1000
PORTLAND, OR  97204
TELEPHONE: 503.290.2400

7.      Although Plaintiffs served Ziply with the Complaint on October 20, 2022, the grounds for removal were not ascertainable through examination of the pleading.  (*See* Ex. A to Notice of Removal, Summons and Complaint ("Compl.").)  Specifically, the domiciles of Plaintiffs could not be ascertained from the allegations in the Complaint.

8.      On November 10 and 15, 2022, Ziply served Plaintiffs with correspondence requesting the domiciles of Plaintiffs.  (*See* Ex. B to Notice of Removal, Declaration of Román D. Hernández ("Hernández Decl.") at ¶ 3, Ex. 1.)  On November 15, 2022, Plaintiffs served Ziply with the above-referenced Letter, which represented that they reside in Oregon and Idaho.  (Hernández Decl. at ¶ 4, Ex. 1.)  Therefore, the grounds for removal were first ascertainable on November 15, 2022.  *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983) (explaining that, for purposes of determining diversity jurisdiction, a natural person is a citizen of the state in which he or she is domiciled); *Brinkman v. Sutz*, No. CV-10-481-ST, 2010 WL 4641700, *1 (D. Or. Aug. 26, 2010) ("An individual's place of residence is prima facie evidence of her domicile.") (citing *State Farm Mut. Auto. Ins. Co. v. Dyer*, 19 F.3d 514, 520 (10th Cir. 1994).

9.      Accordingly, this Notice of Removal is timely as it was filed within 30 days after the receipt of a paper from which the grounds for removal were first ascertainable.  28 U.S.C. § 1446(b)(3).

## SUBJECT MATTER JURISDICTION

10.     The State Court Action is a civil action of which this United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one which may be removed to this District Court by Ziply pursuant to 28 U.S.C. § 1441(b) in that this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.

### There Is Diversity of Citizenship Between Plaintiff and Ziply

11.      In determining whether complete diversity exists, the Court considers the citizenship of all properly joined parties.  28 U.S.C. 1441(b).  In this case, there is complete diversity between Plaintiffs and Ziply

Page 3- **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(B)**
137122699

TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTORNEYS AT LAW
100 SW MAIN ST.
SUITE 1000
PORTLAND, OR  97204
TELEPHONE: 503.290.2400

12.     On November 15, 2022, Plaintiffs served Ziply with the above-referenced Letter, which represented that they reside in Oregon and Idaho. (Hernández Decl. at ¶ 4, Ex. 1.)  For purposes of determining diversity jurisdiction, a natural person is a citizen of the state in which he or she is domiciled.  *Kantor*, 704 F.2d at 1090.  "An individual's place of residence is prima facie evidence of her domicile."  *Brinkman*, 2010 WL 4641700 at *1; *Nwerem v. City of Portland*, No. CV 06-1054-MO, 2006 WL 3228775, *2 (D. Or. Nov. 6, 2006).  Thus, Plaintiffs are citizens of Oregon and Idaho.

13.     Ziply is not a citizen of Oregon or Idaho.  Ziply is a limited liability company organized under the laws of Delaware.  As an LLC, it is a citizen of the states in which its members are citizens.  *Johnson v. Columbia Properties Anchorage, LP,* 437 F.3d 894, 899 (9th Cir. 2006).  As detailed in the Declaration of George Thomson Jr. that is attached to this Notice of Removal as **Exhibit C**, no member of Ziply is a citizen of Idaho or Oregon.  (*See* Ex. C to Notice of Removal, Declaration of George Thomson Jr. at ¶¶ 3-5.)

14.     Accordingly, there is complete diversity of citizenship for purposes of federal jurisdiction under 28 U.S.C. § 1332(a).

### The Amount in Controversy Exceeds $75,000, Exclusive of Interest and Costs

15.     Plaintiffs assert a single claim for breach of contract against Ziply.  Plaintiff's Complaint specifies that they seek $442,500 in damages.  (Compl. pp. 1, 10.)  Therefore, the jurisdictional amount as specified in 28 U.S.C. §§ 1332 (a) is satisfied.

### All Other Removal Requirements Have Been Satisfied

16.     Pursuant to 28 U.S.C. §§ 1446 and 1441(a), the right exists to remove this case from the Circuit Court for Curry County, Oregon, in which this case is currently pending, to the United States District Court for the District of Oregon (Medford Division), which encompasses Curry County.

17.     Written notice of filing on this Notice of Removal will be served upon Plaintiffs as required by law.

18.     Pursuant to 28 U.S.C § 1446(d), a true and correct copy of this Notice of Removal will be filed promptly with the clerk of the Circuit Court of Curry, Oregon, and

Page 4- **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(B)**
137122699

TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTORNEYS AT LAW
100 SW MAIN ST.
SUITE 1000
PORTLAND, OR  97204
TELEPHONE: 503.290.2400

Ziply will provide notice thereof to Plaintiffs.

19.     Ziply reserves any and all rights to assert any and all defenses to Plaintiffs' Complaint and to amend or supplement this Notice of Removal as necessary.

**WHEREFORE,** Ziply hereby removes this action from the Circuit Court for Curry County, Oregon, to the United States District Court for the District of Oregon (Medford Division) for all further proceedings.

Dated:     December 15, 2022

TROUTMAN PEPPER HAMILTON SANDERS LLP

By:  */s/ Román D. Hernández*
Román D. Hernández, OSB # 011730
Email: roman.hernandez@troutman.com

Attorneys for Defendant
Ziply Fiber Northwest, LLC

Page 5- **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(B)**
137122699

TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTORNEYS AT LAW
100 SW MAIN ST.
SUITE 1000
PORTLAND, OR  97204
TELEPHONE: 503.290.2400